**BALLON STOLL BADER & NADLER, P.C.**
COUNSELLORS AT LAW          FOUNDED 1931

1450 Broadway, New York, NY 10018-2268
Tel: 212-575-7900  Fax: 212-764-5060
www.ballonstoll.com

Affiliate offices:
Hackensack, New Jersey
Philadelphia, Pennsylvania

Marshall B. Bellovin
212-575-7900 ext. 208
mbellovin@ballonstoll.com

November 2, 2007

<u>By ECF Filing</u>

The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Peter Lutzker v. Novo Nordisk Pharmaceuticals, Inc..
      07 Civ. 3272
      <u>Our File No. 16338.001</u>

Honorable Judge Reyes:

This firm represents the plaintiff and in the above referenced action, I write this letter pursuant to your Honor's August 27, 2007 Order. In the Order, your Honor requested that if no answer is filed, then the undersigned is to inform you of this in writing no later than two (2) days before the scheduled conference.

This action was commenced in New York State court through the filing of Summons with Notice pursuant to N.Y.C.P.L.R. 304, on June 28, 2007 and service of same on defendants through the New York Secretary of State on July 9, 2007. On August 8, 2007 the defendants filed a notice of removal based on diversity. No further action was taken on this matter. There is no complaint filed and therefore no answer has been submitted. We are currently preparing a complaint for service on defendant in this action.

My partner has conferred with opposing counsel who is aware of the November 7, 2007 conference. My firm is able to proceed at the initial conference scheduled for November 7, 2007.

The Honorable Ramon E. Reyes, Jr
November 2, 2007
Page 2


Respectfully submitted,

MARSHALL B. BELLOVIN (MB 5508)
MBB/kt

cc:     Morgan, Lewis & Brockius LLP