UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Peter Lutzker

      Plaintiff,      **SCHEDULING ORDER**

-against-          07-CV-3272 (JG)(RER)

Novo Nordisk Pharmaceuticals, Inc.
      Defendant.
----------------------------------------------------------X

Upon consent of the parties, it is hereby ORDERED as follows:

*Plaintiff Shall File the Complaint by Nov. 21, 2007*

1. Defendants shall answer or otherwise move with respect to the complaint by December 21, 2007

2. No additional parties may be joined after 2/29/08.

3. No amendment of the pleadings will be permitted after 2/29/08.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: January 11, 2008

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:

 (a) expert witnesses on or before 3/14/08.

 (b) rebuttal expert witnesses on or before 4/4/08.

6. All discovery, including depositions of experts, shall be completed on or before May 16, 2008 (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within two (2) weeks following the close of all discovery.

8. A Telephone Conference set for 2/18/08 @ 10:00 ,to be initiated by Plaintiff or Defendant (Circle one).

9.  Status Conference will be held on __4/7/08 @ 12:30 p.m.__

10. A Final Pre-trial conference will be held on __5/16/08 @ 12:00 pm__

11. This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

**Dated: Brooklyn, New York**
__11/14__, 2007

/s/
_____
RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

_____
NAME  YASMIN F GONZALEZ                    BALLON STOLL BADER & NADLER, PC
Attorney for Plaintiff
ADDRESS  1450 BROADWAY 14TH FL
E-mail:  ygonzalez@ballonstoll.com          NY, NY 10018
Tel.:  212-575-7900
Fax:  212-764-5060

_Jill Barbarino, Morgan Lewis_
NAME
Attorney for Defendant
ADDRESS  101 Park Ave, NY NY 10178
E-mail:  jbarbarino@morganlewis.com
Tel.:  212-309-6312
Fax:  212-309-6001